UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                           Criminal No. 05-cr-258-01-PB

Jessica Shepard

O R D E R

      The defendant has moved to continue the February 7, 2006 trial in the above case. Defendant cites the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to negotiate a plea agreement, or properly prepare for trial, the court will continue the trial from February 7, 2006 to April 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 24, 2006 final pretrial conference is continued until March 22, 2006 at 3:30 PM.

SO ORDERED.

January 24, 2006                                    /s/  Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:     William Morse, Esq.
        James Dennehy, Esq.
        U. S. Probation
        U. S. Marshal