### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                        Criminal No. 05-cr-258-B

Jessica Shepard

### O R D E R

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  The defendant has violated her conditions of bail.  The court finds that the defendant changed her address twice without notification, traveled to Massachusetts without authorization, and recently tested positive for marijuana.  She has a longstanding history of substance abuse.  Given the number of failed opportunities to comply with conditions the court find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

February 28, 2006

cc:   James W. Dennehy, Esquire
       William E. Morse, Esquire
       U.S. Marshal
       U.S. Probation